IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00574-REB-MEH

MARQUISE DEMONT HARRIS,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF DEPARTMENT,
MICHAEL MCINTOSH, in his individual and official capacity as Sheriff,
S. FULLER, in his individual and official capacity as Programs Supervisor,
FARSON, in his individual and official capacity as Deputy Sheriff,
JOHN DOE #1, in his individual and official capacity as Deputy Sheriff,
JOHN DOE #2, in his individual and official capacity as Deputy Sheriff,
JANE DOE, in her individual and official capacity as Deputy Sheriff,
JANE DOE, in her individual and official capacity as Food Service Supervisor,

    Defendants.
_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to

the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated this 11th day of March, 2016 in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge